ROSWELL DRAINAGE DISTRICT, a Corporation, Organized and Existing Under and by Virtue of the Laws of the State of New Mexico, v. Gerald PARKER et al.

No. 871.

Circuit Court of Appeals, Tenth Circuit.

Sept. 10, 1934.

Charles R. Brice, of Roswell, N. M., for appellant.

Hurd & Crile, of Roswell, N. M., for appellees.

Before LEWIS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.

■

James RYAN et al., Petitioners, v. Gunnar H. NORDBYE, Judge of the District Court of the United States for the District of Minnesota, etc.

No. 385, Original.

Circuit Court of Appeals, Eighth Circuit.

Oct. 4, 1934.

James Lucas, of Chicago, Ill., for petitioners.

George F. Sullivan, U. S. Atty., and George A. Hiscy, Asst. U. S. Atty., both of St. Paul, Minn., for respondent.

PER CURIAM.

Leave granted to file motion for leave to file petition for writ of mandamus and petition for writ denied.